JUSTUS N. WILLIAMS, Respondent, *v.* MOUNT MORRIS STORAGE COMPANY et al., Appellants.

(Submitted March 2, 1914; decided March 10, 1914.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1912, which reversed a judgment in favor of defendants entered upon an order of Special Term dismissing the complaint upon the pleadings in an action to set aside a transfer of stock.

The motion was made upon the ground that the appeal was improvidently taken.

*James A. Gray* for motion.

*Nicholas J. O'Connell* opposed.

Motion denied, with ten dollars costs.

---

JAMES K. NEWBOLD, Respondent, *v.* GEORGE FISH, Appellant.

Reported below, 160 App. Div. 930.
(Submitted March 2, 1914; decided March 10, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

The motion was made upon the ground that the appeal was frivolous.

*Joseph Levy* for motion.

*Theodore H. Lord* opposed.

Motion denied, with ten dollars costs.